UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GLADYS RODRIGUEZ,

                             Plaintiff,

            -against-

C&S WHOLESALE GROCERS, LLC et al.,

                             Defendants.

-----------------------------------------------------------------x

                                 26-CV-00445 (JPC) (VF)

                                    **ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The parties filed a proposed case management plan on February 13, 2026. See ECF No. 14. The period for the close of fact and expert discovery is too lengthy given the nature of the case. The Court hereby orders that the close of fact discovery is **August 3, 2026**; the close of expert discovery is **October 30, 2026**; and the last day to amend pleadings is **May 15, 2026**.

       **SO ORDERED.**

DATED:    New York, New York
            February 17, 2026

                                         _____
                                         VALERIE FIGUEREDO
                                         United States Magistrate Judge